UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22340-UU

OPEN ACCESS FOR ALL, INC., *et al.*,

    Plaintiffs,

v.

MIAMI INCOMING SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

THIS CAUSE came before the Court upon Plaintiffs' Notice of Voluntary Dismissal and Motion for Order of Dismissal Without Prejudice.  D.E. 25 & 26.

THE COURT has reviewed the Notices, the pertinent portions of the record, and is otherwise fully advised in the premises.  On August 7, 2019, Plaintiffs filed the Notice of Voluntary Dismissal informing the Court that they dismissed this action without prejudice against Defendant Miami Incoming Services, Inc.[1]  D.E. 26.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 26) is GRANTED.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this action are DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

---

[1] Earlier on August 7, 2019, Plaintiffs filed the Notice of Voluntary Dismissal and Motion for Order of Dismissal Without Prejudice (D.E. 25), with the incorrect party's name.  Plaintiffs subsequently filed the corrected Notice of Voluntary Dismissal and Motion for Order of Dismissal Without Prejudice (D.E. 26).

2

DONE AND ORDERED in Chambers at Miami, Florida, this _7th_ day of August, 2019.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc: all counsel of record via cm/ecf